UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN GUERRIERO,<br><br>            Plaintiff,<br><br>       v.<br><br>THE PRESIDENT AND CEO OF CR&R INCORPORATED, et. al.,<br><br>            Defendants. | Case No. ED CV 15-1655-GHK (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' motions to dismiss, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that the Defendant CR&R Incorporated's motion to dismiss with prejudice is granted as to Defendants CR&R Incorporated and its president.

DATED:      03/23/16         .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE