JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATHAN GUERRIERO, | ) | CASE NO. ED CV 15-1655-JFW (PJW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| THE PRESIDENT AND CEO OF CR&R INCORPORATED, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Dismissing Case With Prejudice,

IT IS ADJUDGED that the Complaint and entire action is dismissed with prejudice.

DATED: March 6, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE